■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VINCENTE LOPEZ, Appellant. [844 NYS2d 162]—Judgment, Supreme Court, New York County (Charles Solomon, J.), rendered on or

about August 18, 2006, unanimously affirmed. No opinion. Order filed. Concur—Mazzarelli, J.P., Marlow, Sullivan, Gonzalez and McGuire, JJ.